EXHIBIT 1

FILED
CLERKS OFFICE
2005 JUN 22 P 12:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

APPENDIX E

UNITED DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
BOSTON, MASSACHUSETTS

CA 05 502

File: A 097749113

In the Matter of:- Oladapo. L. ISHOLA
VS
Bruce Chadbourne, Interim Field Office - Director of Detention & Removal.

APPLICATION FOR WAIVER OF FILING FEE, SUPPORTING DOCUMENTATION AND ORDER

05-12330JLT

I, Oladapo. L. ISHOLA, am Respondent/Applicant in the above entitled case. In support of my motion to proceed without being required to pay the filing fee for my $5 (FIVE-DOLLARS) application, I state that because of my financial status, I am unable to pay the filing fees. I believe that I am entitled to relief. See, 8 CFR 103.7(c).

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary or wages per month, and give the name and address of your employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE IN CUSTODY.

IMPACT Jewelry, 850 POINTIAC AVENUE, CRANSTON, RHODE-Island $1,200 Per Month

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment AND amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE IN CUSTODY. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

LAST-Day:- Nov 2004, Employment Lasted:- 4 years
Salary:- $1,200 per Month.

3. Do you own any cash or do you have money in a checking or savings account?

(include any funds in prison accounts)

N