**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLADAPO L. ISHOLA**

**v.** **C.A. No. 05-502 S**

**BRUCE CHADBOURNE, et al.**

**ORDER**

The Government is hereby **ORDERED** to respond to the instant application for a writ of habeas corpus within 20 days of the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
December [illegible], 2005