UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OLADAPO L. ISHOLA | : | |
| | : | |
| V. | : | C.A. 05-502S |
| | : | |
| BRUCE CHADBOURNE, ET AL. | : | |

**MOTION FOR ENLARGEMENT OF TIME**

Federal respondents hereby request the Court to enter an order enlarging the time within which they may file their response in the above-captioned matter up to and including January 30, 2006. As grounds for this motion, respondents assert that additional time is needed to prepare their response to Ishola's Petition for Writ of Habeas Corpus because neither the case file nor, more importantly, the administrative file, has been received from the District of Massachusetts. Without the file, a response to the petition cannot be prepared.

WHEREFORE, the respondent requests that the Court enter an order enlarging the time within which it may respond to Ishola's Petition to and including January 30, 2006.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing were served by first class mail on the Petitioner by mailing a true and correct copy of the following this 22nd day of December, 2005:

Oladapo L. Ishola, Pro Se
Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

Nancy A. DiQuinzio