UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OLADAPO L. ISHOLA, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| V. | : | C. A. NO. 05-502S |
| | : | |
| BRUCE CHADBOURNE, ET AL., | : | |
| | : | |
| Respondents. | : | |

**SUGGESTION OF MOOTNESS**

Federal Respondents hereby suggest that the above-entitled matter is moot. Petitioner was released from the custody of the United States Immigration and Customs Enforcement (ICE) under supervision on December 27, 2005. A copy of the Release Notification, Proof of Service, and Order of Supervision and Addendum are attached as Exhibit A.

WHEREFORE, as this case is moot, it should be dismissed accordingly.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing were served by first class mail on the Petitioner by mailing a true and correct copy of the following this 28th day of December, 2005:

Oladapo L. Ishola, Pro Se
14 Parks Avenue
Providence, RI 02908

Nancy A. DiQuinzio