Dec-28-05 10:45am From- T-045 P.002/008 F-903
Dec-27-05 12:56pm From- T-038 P.002/008 F-890

...ice of Detention and Removal Operations
...w England Field Division

U.S. Department of Homeland Security
JFK Federal Building, Government Center
Boston, MA 02203

U.S. Immigration and Customs Enforcement

December 27, 2005

ISHOLA, Oladapo A97 749 115
C/O WYATT DETENTION CENTER

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

Bruce E. Chadbourne, Field Office Director

12/27/05
Date

(rev. 1/26/05)

# PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I Kenneth Chiasson, IEA
Name of ICE Officer — Title

certify that I served ISHOLA, Oladapo with a copy of
Name of detainee

this document at SOUTHBAY on 12-27-05, at 16:00.
Institution — Date — Time

(b) I certify that I served the custodian ____________,
Name of Official

____________, at ____________, on
Title — Institution

____________ with a copy of this document.
Date

**OR**

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I ____________ ____________, certify
Name of ICE Officer — Title

that I served ____________ and the custodian ____________
Name of detainee — Name of Official

with a copy of this document by certified mail at ____________ on ____________.
Institution — Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

U.S. Department of Justice
Immigration and Naturalization Service

# Order of Supervision

File No: A97 749 113

Date: December 27, 2005

Name: Oladapo ISHOLA

On 05-12-05 (Date of final order), you were ordered:

- ☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
- ☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

- ☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.
- ☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.
- ☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.
- ☒ That you do not travel outside BOSTON DISTRICT (Specify geographic limits, if any) for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.
- ☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.
- ☒ That you report in person on the ~~1ST BUS.~~ 29 25th day of EVERY MO. to this Service office at: or next Business Day JFK FEDERAL BUILDING, 17TH FLOOR, BOSTON, MA ~~unless you are granted written permission to report on another date.~~
- ☒ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.
- ☐ Other:
- ☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

(Signature of INS official)

LOUIS A. MAHAR D.O.
(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ENGLISH language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of INS official serving order) (Signature of INS alien) 12-27-05 (Date)

Form I-220B (Rev. 4/1/97)

Department of Homeland Security
Immigration and Customs Enforcement

**Order of Supervision-Addendum**

File No: A97 749 113
Date: December 27, 2005

ne: Oladapo TSHOLA

That you do not associate with criminals or members of a gang that is known to be involved in criminal ivity.

That you register in a substance abuse program within 14 days and provide Immigration and Customs forcement (ICE) with written proof of such within 30 days. The proof must include the name, address, ration, and objectives of the program as well as the name of a program counselor.

That you register in a sexual deviancy counseling program within 14 days and provide ICE with written oof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program, and the name of a program counselor.

That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate ency/agencies and provide ICE with written proof of such registration within 10 days.

That you do not commit any crimes or be associated with any criminal activity while on this Order of pervision.

That you report to a parole or probation officer as required within 5 business days and provide ICE with ritten verification of the officer's name, address, telephone number, and reporting requirements.

You must follow all reporting and supervision requirements as mandated by the parole or probation officer.

That you continue to follow any prescribed doctor's orders whether medical or psychological, including iking prescribed medications.

That you make good faith and timely efforts to obtain a travel document and assist ICE in obtaining a travel ocument.

x That you submit a complete application for a travel document to all appropriate Embassies or Consulates, ncluding those representing the countries of Nigeria. You must resent ICE with evidence that each Embassy or Consulate to which you apply has received your request and all equired documents. This may be done, for example, by mailing your application(s) with a request for return eceipt and providing the signed return receipt to ICE, by obtaining a tracking number when you mail your pplication(s) and providing the number to ICE, or by submitting written confirmation of receipt issued by the mbassy or Consulate.

x That you submit your application(s) for a travel document to all appropriate Embassies or Consulates and rovide proof of receipt to ICE on or before Next Report date.

x That you provide ICE a copy of your application(s) for a travel document that you submit to any Embassy or Consulate, including all supporting documents, photos, and other items provided to the Embassy or Consulate o support your application(s).

That you provide ICE a copy of all correspondence related to your travel document application(s) that you d to, or receive from, an Embassy or Consulate.

That you contact the Embassy or Consulate within 21 calendar days of making your application(s) to confirm t the information you provided is sufficient.

That you comply with any requests from an Embassy or Consulate for an interview and make good faith orts to submit further documentation if required by the Embassy or Consulate.

Every time you report in person under this order of supervision, you must inform the local ICE office of all tions you have taken to obtain a travel document. You must provide any available written documentation to E regarding these actions and the status of your travel document application(s).

That you provide ICE, upon request, with any and all information relevant to application(s) for a travel cument. This may include, but is not limited to, information regarding your family history, including dates of rth, nationalities, addresses, and phone numbers as requested for such persons, whether in your country of tionality and/or citizenship or elsewhere, and your past residences, schools attended, etc.

You will participate in a supervised release program, as described in the attached document. You will comply ith the rules and requirements of this program, and cooperate with its administrators.

I agree to comply with the rules, requirements, and administrators in the supervised release program described in the attached document.

Alien's signature [signature] Date 12-27-05

[ ] Other. ______________________________

Any violation of any of the above conditions may result in a fine, more restrictive release conditions, return to detention, criminal prosecution, and/or revocation of your employment authorization document.

## Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the English language) the contents of thi order and addendum, a copy of which has been given to me. I understand that failure to comply with the terms of this order and addendum may subject me to a fine, more restrictive release conditions, detention, criminal prosecution, and/or revocation of my employment authorization document.

[signature] (Signature of ICE Official serving order) [signature] (Signature of alien) 12-27-05 (date)

Please note that all references in this order/addendum to "INS" or "Service" should now be considered to refer to U.S. Immigration and Customs Enforcement (ICE).

Updated 4/25/2005