UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLADAPO L. ISHOLA,
Petitioner

V. C.A. No. 05-502S

BRUCE CHADBOURNE, ET AL.,
Respondents

**ORDER**

Pursuant to the filing of Respondents' Suggestion of Mootness with this Court on December 28, 2005, this matter is hereby considered MOOT and Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is DISMISSED.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 12/30/05