Oladiposi Ishola
A 97749113
20 Bradston street
Boston, Mass, 02118
01-28-06

Clerk's Office
United States District Court
District of Rhode-Island
One Exchange Terrace
Federal Building and Courthouse
Providence, R.I 02903

CA05-502S

Objection to Continuation of Detention

The above court ordered the government "ICE" to answer to my petition for a writ of Hebeas Corpus, the order was dated 8th Dec'05. And I was released on the order of Supervision on 27th of Dec'05, After I been detained for the period of Eight and half (8½) months, at Wyatt Detention facility in the state of Rhode-Island.
Now, I was ordered-back to custody by ICE on January 19th 2006 And ever since been housing by District Office, Boston, South-Bay Building
I have cooperated with ICE to remove me from United State But it seems that my deportation is not reasonable and foreseeable in future, So I here by asking for my Immediate release ~~from~~ from detention Under the Constitution of the United States; The

the Immigration and Nationality Act "INA" 8 U.S.C §1101 et seq as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996. And Administrative Procedure Act 5 U.S.C §701 et seq Under 28 U.S.C § art 1 §9, cl 2 of the United States Constitution "Suspension clause" and 28 U.S.C §1331, Presently in Custody under color of the authority of the United States and such custody is in violation of the Constitution, laws or treaties of the United states See Zadvydas V Davis 533 U.S. 678, 121 S Ct 2491 (2001).

Never be a danger to public or either a flight risk due to the facts that I am a family-man (father of two kids and a wife) And I've been living in Rhode-Island since I entered United State.

For the reasons stated above, I respectfully request that I be release Under an Order of Supervision, again, so that I may join my family, return to gainful employment and no longer be a financial burden to Society.

Sincerely yours,
Oladapo. L. Ishola,
A 97749113.