1

Oladapo. L. Ishola
Suffolk House of Correction
20 Bradston Street,
Boston, MA 02118

United States District Court Feb 21st 2006
District of Rhode-Island
One Exchange Terrace,
Federal Building and Courthouse
Providence, R.I 02903

## Reminder

Oladapo. L. Ishola Vs Bruce Chadbourne Ordered, dated December 08, 2005 (attached) And I was released on December 27, 2005 Under the Order of Supervision-release, But back to detention on Janury 19th, 2006, Ever Since, be detained at the following, Suffolk county House of Correction (Copy attached, Exhibit 2) And this action arises under the constitution of the United States, the Immigration and Nationality Act (INA) 8 U.S.C § 1101, as amended by the illegal immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA) Pub. L. No 104-208, 110 Stat. 1570 And "APA" act 5 U.S.C § 701.

So therefore, this court has jurisdiction Under 28 U.S.C § 2241 art 1 § 9 cl 2 of the United States Constitution (suspension cl and 28 U. § 1331 And as he present

Custody, Such custody is in violation of the Constitution, laws or treaties of United States, 533 U.S 678, 121 S. ct - 2491 (2001).

So in conclusion or the facts stated, Mr Ishola asking the court to order the government for an immediate release from detention.

I affirm, under penalty of Perjury, that the foregoing is true and correct.

Sincerely,

Oladapo. L. Ishola (A97749118)

Suffolk House of Correction

20 Bradston street

Boston, MA 02118.