EXHIBIT 1

Case 1:05-cv-00502-S-JH Document 7-1 Filed 12/08/2005 Page 1 of 1

**UNITED STATES DISTRICT COURT**
***FOR THE DISTRICT OF RHODE ISLAND***

**OLADAPO L. ISHOLA**

**v.** **C.A. No. 05-502 S**

**BRUCE CHADBOURNE, et al.**

## ORDER

The Government is hereby **ORDERED** to respond to the instant application for a writ of habeas corpus within 20 days of the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
*Senior United States Magistrate Judge*
December 8, 2005