**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement** **Notice to Aliens**

# NOTICE TO ALIENS

**Detained by this service under a final order of removal/deportation**

Continuation of custody for inadmissible or criminal aliens, a CFC section 241.1 this district director may continue in custody any alien inadmissible under section 212 (a) of the Immigration and Nationality Act or removable under sections 237 (a)(1), 237 (a)(1), 237(a)(1)(C) of the act, or who presents a significant risk of noncompliance with the order of removal, beyond the removal., as necessary, until removal from the United States. If such an alien demonstrates by clear and convincing evidence that the release would not pose a danger to the community or assign, the district director may, in the exercise of discretion, order the alien released from custody on such conditions as the district director may prescribe, including bond in the amount sufficient to ensure the aliens appearance for removal. The district director may consider but is not limited to considering, the following factors:

1. The nature and seriousness of th
2. Other criminal history;
3. Sentence (S.) is imposed and time actually served;
4. History of failures to appear for court is;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort were recidivism;
8. Equities in the United States; prior immigration violations in history;

Continuation of custody for other aliens: any alien removal under any section of the act other than section 212 (a), 237 (a) (2) (C), 237 (a) may be detained beyond the removal., in the direction of the district director, unless the alien demonstrates to the satisfaction of the district director may he or she is likely to comply with the removal order and is not a risk to the community.

Detainees may provide clear and convincing evidence in writing that their release would not pose a danger to the community or a significant flight risk.

I acknowledge receipt of this notice:

Detainee Signature  Date: 1/18/2006

1/19/2006