UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLADAPO LUGMAN ISHOLA

vs. C.A. No. 05-502S

BRUCE CHADBOURNE, Interim
Field Office Director of
Detention and Removal, et al.

**ORDER**

The Federal Respondents are hereby ordered to file their response to the Petitioner's "Objection to Continuation of Detention." Said response will be filed on or before **March 9, 2006.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 3/1/06