UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OLADAPO L. ISHOLA,<br>Petitioner, | :<br>: | |
| | : | |
| V. | : | C. A. NO. 05-502S |
| | : | |
| BRUCE CHADBOURNE, ET AL.,<br>Respondents. | :<br>: | |

**SUPPLEMENTAL RESPONSE TO PETITIONER'S OBJECTION TO CONTINUATION OF DETENTION**

In response to the Court's order of March 1, 2006, the Federal respondents supplement their response with a copy of the executed removal document, a copy of which is attached hereto and incorporated herein.

For these reasons and those asserted in their previously-filed response to petitioner's objection to continuation of detention, petitioner's objections should be overruled.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served, by first class mail, on Petitioner by mailing a true and correct copy of the following this 9th day of March, 2006, to the last known address of :

Oladapo L. Ishola
20 Bradston Street
Boston, MA 02118