UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 02 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

OLADAPO L. ISHOLA, :
Petitioner, :
:
V. : C. A. NO. 05-502S
:
BRUCE CHADBOURNE, ET AL., :
Respondents. :

**RESPONSE TO PETITIONER'S OBJECTION TO CONTINUATION OF DETENTION**

In response to the Court's order of March 1, 2006, the Federal respondents assert as follows:

This case was dismissed by the Court on December 30, 2005, after Ishola had been released from custody. Ishola was taken back into custody when a travel document became available for him. Ishola's sole complaint was that he was taken back into custody although there was no likelihood of removal in the immediate future, pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). He was mistaken. Petitioner was removed on February 25, 2006. As of February 28, 2006, the executed removal documents were not available. They will be forwarded to the Court as soon as they are received.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing were served by first class mail on the Petitioner by mailing a true and correct copy of the following this 2nd day of March, 2006, to the last known address of :

Oladapo L. Ishola
20 Bradston Street
Boston, MA 02118

Nancy A. DeQuinzio