UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLADAPO LUGMAN ISHOLA

vs. C.A. No. 05-502S

BRUCE CHADBOURNE, Interim
Field Office Director of
Detention and Removal, et al.

**ORDER**

Petitioner's Objection to Continuation of Detention filed with this Court on February 3, 2006 is being treated as a Motion to Reopen the case. After consideration, Petitioner's Motion is DENIED as moot since it appears from the filing of Federal Respondents' Supplemental Response that Petitioner was deported on February 25, 2006.

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 3/16/06